UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

NATIONAL CITY GOLF FINANCE,

        Plaintiff,

  -v-                                     No. 06 Civ. 7784 (LTS)(RLE)

HIGHER GROUND COUNTRY CLUB
MANAGEMENT COMPANY, LLC,

        Defendant.

------------------------------------------------------x



## ORDER[1]

        The above-captioned matter, transferred on October 1, 2009, to the undersigned, is currently stayed pending arbitration. The parties are hereby directed to make a joint written report to the Court as to the status of the arbitration proceedings as of January 1, 2010, and each July 1 and January 1 thereafter.

        SO ORDERED.

Dated: New York, New York
       October 8, 2009

                                                      LAURA TAYLOR SWAIN
                                                      United States District Judge

---

[1] *The ECF system provides notice of the entry of this Order to each party that has both entered an appearance in this case and registered with ECF. The ECF-registered attorneys are responsible for providing notice to any co-counsel whose e-mail addresses are not reflected on the ECF docket for this case, and Plaintiff's counsel, upon receiving notice of this Order, is hereby ordered to fax or otherwise deliver promptly a copy to all parties who are not represented by ECF-registered counsel. A certificate of such further service shall be filed within 5 days from the date hereof. Counsel who have not registered for ECF are ordered to register immediately as filing users in accordance with the Procedures for Electronic Case Filing.*